# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**INNOVATIER, INC.,**

    **Plaintiff,**

**v.**                                                                                                                        **Case No. 8:07-cv-2174-T-30TGW**

**CARDXX, INC.,**

    **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Stipulation to Transfer Action to the United States District Court for the District of Colorado (Dkt. 16). Upon review and consideration, it is **ORDERED AND ADJUDGED** that

1. The Clerk is directed to **TRANSFER** this case to the United States District Court for the District of Colorado.

2. Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative, to Transfer Venue (Dkt. 6) is **TERMINATED** as moot.

3. Defendant shall respond to Plaintiff's Complaint within twenty (20) days of the date this action is placed on the docket of the United States District Court for the District of Colorado.

**DONE** and **ORDERED** in Tampa, Florida on February 1, 2008.

                                                          */s/ James S. Moody, Jr.*
                                                          JAMES S. MOODY, JR.
                                                          UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2007\07-cv-2174.transfer.frm